# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: JESSICA S. ALLEN |
| v. | CRIMINAL NO.: 22-CR-522-3 (MCA) |
| GEORGE WIGGINS | DATE OF PROCEEDINGS: 8/9/22 |
| | DATE OF ARREST: 8/9/22 |

PROCEEDINGS: Initial Appearance & Arraignment

( ) COMPLAINT
(**X**) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(**X**) APPT. OF COUNSEL: __ AFPD  **X** CJA
( ) WAIVER OF HRG.: __ PRELIM __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
(**X**) PLEA ENTERED: __ GUILTY **X** NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(**X**) FINANCIAL AFFIDAVIT EXECUTED/REVIEWED ON THE RECORD
(**X**) OTHER CONSENT TO VIDEO/TELEPHONE CONFERENCE
(**X**) OTHER CONSENT TO E-SIGNATURE
(**X**) OTHER BRADY ORDER
(**X**) OTHER Deft. Waived Reading of Indictment
(**X**) OTHER Scheduling Order to be submitted to Judge Arleo's Chambers

HEARING(S) SET FOR:
( ) PRELIMINARY / REMOVAL HRG.
( ) DETENTION / BAIL HRG.
( ) TRIAL: __ COURT __ JURY
( ) SENTENCING
( ) OTHER _____

( ) TEMPORARY COMMITMENT
( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
(**X**) BAIL SET: $100,000
    (**X**) UNSECURED BOND
( ) SURETY BOND SECURED BY CASH / PROPERTY
(**X**) TRAVEL RESTRICTED NJ; NY, unless approved by PTS
(**X**) REPORT TO PRETRIAL SERVICES
(**X**) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
(**X**) SURRENDER &/OR OBTAIN NO PASSPORT
(**X**) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

DATE: _____
DATE: _____
DATE: _____
DATE: _____
DATE: _____

APPEARANCES:

AUSA   MATTHEW DESARO

DEFT. COUNSEL   DANIEL HOLZAPFEL (Appearing for CJA Stacy Biancamano)

PRETRIAL   LARON DAY

INTERPRETER _____
    Language: ( )

Time Commenced: 3:08 p.m.
Time Terminated: 3:40 p.m.
CD No: Zoom

*Jessica Batista*
_____
DEPUTY CLERK