Stacy Ann Biancamano
Biancamano Law
42A N 20th Street,
Kenilworth, New Jersey 07033
Phone: (908) 858-2161 Fax:
(908) 858-2140

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GEORGE WIGGINS | Docket No.: 2:2022cr00522<br><br>**SENTENCING SUBMISSION NOTICE OF GEORGE WIGGINS** |

Please be advised that, on this date, that Stacy Biancamano Esq. submitted sentencing materials to the Court in this case concerning the defendant GEORGE WIGGINS.

Date: January 15, 2024

Respectfully submitted,

*Stacy Ann Biancamano*
Stacy Biancamano, Esq.